1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   LEONARD TOBIA,

11          Plaintiff,

12      v.                              2:12-cv-2177 JAM CKD PS

13   RAJ SINGH BRAR,                    STATUS (PRETRIAL

14          Defendant.                  SCHEDULING) ORDER

15   _____/

16              **STATUS (PRETRIAL SCHEDULING) ORDER**

17          READ THIS ORDER CAREFULLY.  IT CONTAINS IMPORTANT DATES

18   WHICH THE COURT WILL STRICTLY ENFORCE AND WITH WHICH ALL PARTIES

19   MUST COMPLY.  A FAILURE TO COMPLY WITH THE TERMS OF THIS ORDER MAY

20   RESULT IN THE IMPOSITION OF MONETARY AND ALL OTHER SANCTIONS WITHIN

21   THE POWER OF THE COURT, INCLUDING DISMISSAL OR AN ORDER OF JUDGMENT.

22          Pursuant to court order, a Status (Pretrial Scheduling) Conference was held on

23   February 6, 2013.  Plaintiff Leonard Tobia appeared in propria persona.  Michael Orr appeared

24   for defendant.

25   /////

26   /////

1

1   After hearing, the court makes the following findings and orders:

2   **SERVICE OF PROCESS**

3   Defendant has been served and no further service is permitted except with leave of

4   court, good cause having been shown.

5   **JOINDER OF PARTIES/AMENDMENTS**

6   No further joinder of parties or amendments to pleadings is permitted except with

7   leave of court, good cause having been shown.

8   **JURISDICTION/VENUE**

9   Jurisdiction is undisputed and is hereby found to be proper, as is venue.

10  **DISCOVERY**

11  The parties shall make initial disclosures under Federal Rule of Civil Procedure

12  26 no later than March 6, 2013.  Expert disclosures shall be made no later than June 3, 2013.  All

13  non-expert discovery is left open, save and except that it shall be so conducted as to be

14  completed by June 12, 2013.  The word "completed" means that all discovery shall have been

15  conducted so that all depositions have been taken and any disputes relative to discovery shall

16  have been resolved by appropriate order if necessary and, where discovery has been ordered, the

17  order has been complied with.  All expert discovery shall be completed by July 17, 2013.

18  **MOTION HEARING SCHEDULE**

19  All law and motion except as to discovery is left open, save and except that it

20  shall be conducted so as to be completed by September 18, 2013.  The word "completed" in this

21  context means that all law and motion matters must be heard by the above date.  The parties are

22  cautioned to refer to the local rules regarding the requirements for noticing such motions on the

23  court's regularly scheduled law and motion calendar.  This paragraph does not preclude motions

24  for continuances, temporary restraining orders or other emergency applications, and is subject to

25  any special scheduling set forth in the "MISCELLANEOUS PROVISIONS" paragraph below.

26  /////

1    The parties should keep in mind that the purpose of law and motion is to narrow

2  and refine the legal issues raised by the case, and to dispose of by pretrial motion those issues

3  that are susceptible to resolution without trial.  To accomplish that purpose, the parties need to

4  identify and fully research the issues presented by the case, and then examine those issues in light

5  of the evidence gleaned through discovery.  If it appears after examining the legal issues and

6  facts that an issue can be resolved by pretrial motion, the parties are to file the appropriate

7  motion by the law and motion cutoff set forth <u>supra</u>.

8    <u>ALL</u> PURELY LEGAL ISSUES ARE TO BE RESOLVED BY TIMELY

9  PRETRIAL MOTION.  The parties are reminded that motions in limine are procedural devices

10  designed to address the admissibility of evidence.  THE PARTIES ARE CAUTIONED THAT

11  THE COURT WILL LOOK WITH DISFAVOR UPON SUBSTANTIVE MOTIONS

12  PRESENTED IN THE GUISE OF MOTIONS IN LIMINE AT THE TIME OF TRIAL.

13  **FINAL PRETRIAL CONFERENCE**

14    The Final Pretrial Conference is set for November 8, 2013 at 11:00 a.m. in

15  courtroom no. 6 before the Honorable John A. Mendez.

16    The parties are to be fully prepared for trial at the time of the Pretrial Conference,

17  with no matters remaining to be accomplished except production of witnesses for oral testimony.

18  The parties are referred to Local Rules 281 and 282 relating to the contents of and time for filing

19  Pretrial Statements.  A FAILURE TO COMPLY WITH LOCAL RULES 281 AND 282 WILL

20  BE GROUNDS FOR SANCTIONS.

21    Notwithstanding the provisions of Local Rule 281, which contemplates the filing

22  of separate Pretrial Statements by plaintiffs and defendants, the parties are to prepare a <u>JOINT</u>

23  <u>STATEMENT</u> with respect to the undisputed facts and disputed factual issues of the case.  The

24  undisputed facts and disputed factual issues are to be set forth in two separate sections.  The

25  parties should identify those facts which are relevant to each separate cause of action.  In this

26  regard, the parties are to number each individual fact or factual issue.  Where the parties are

unable to agree as to what factual issues are properly before the court for trial, they should nevertheless list in the section on "DISPUTED FACTUAL ISSUES" all issues asserted by any of the parties and explain by parenthetical the controversy concerning each issue.  The parties should keep in mind that, in general, each fact should relate or correspond to an element of the relevant cause of action.  The parties should also keep in mind that the purpose of listing the disputed factual issues is to apprise the court and all parties about the precise <u>issues</u> that will be litigated at trial.  <u>The court is not interested in a listing of all evidentiary facts underlying the issues that are in dispute.</u>[1]  The joint statement of undisputed facts and disputed factual issues is to be filed with the court concurrently with the filing of plaintiff's Pretrial Statement.  If the case is tried to a jury, the undisputed facts will be read to the jury.

Pursuant to Local Rule 281(b)(10) and (11), the parties are required to provide in their Pretrial Statements a list of witnesses and exhibits that they propose to proffer at trial, no matter for what purpose.  These lists shall <u>not</u> be contained in the Pretrial Statement itself, but shall be attached as separate documents to be used as addenda to the Final Pretrial Order.  Plaintiff's exhibits shall be listed <u>numerically</u>; defendant's exhibits shall be listed <u>alphabetically</u>.  The Pretrial Order will contain a stringent standard for the proffering of witnesses and exhibits at trial not listed in the Pretrial Order.  Counsel are cautioned that the standard will be strictly applied.  On the other hand, the listing of exhibits or witnesses which counsel do not intend to call or use will be viewed as an abuse of the court's processes.

The parties are also reminded that, pursuant to Fed. R. Civ. P. 16, it will be their duty at the Pretrial Conference to aid the court in (a) formulation and simplification of issues and the elimination of frivolous claims or defenses; (b) settling of facts which should be properly admitted; and (c) the avoidance of unnecessary proof and cumulative evidence.  The parties must prepare their Pretrial Statements, and participate in good faith at the Pretrial Conference, with

---

[1]  However, with respect to the listing of <u>un</u>disputed facts, the court will accept agreements as to evidentiary facts.

1   these aims in mind.  A FAILURE TO DO SO MAY RESULT IN THE IMPOSITION OF

2   SANCTIONS which may include monetary sanctions, orders precluding proof, eliminations of

3   claims or defenses, or such other sanctions as the court deems appropriate.

4   **TRIAL SETTING**

5           Trial is set on January 27, 2014 at 9:00 a.m. in courtroom no. 6 before the

6   Honorable John A. Mendez.  Trial will be by jury.  The court expects the trial will take

7   approximately four days.

8   **SETTLEMENT CONFERENCE**

9           The parties have waived disqualification of the undersigned and shall file a

10  written waiver of disqualification.  A settlement conference is set before the undersigned on July

11  8, 2013 at 9:30 a.m.

12  **MISCELLANEOUS PROVISIONS**

13          There appear to be no other matters presently pending before the court that will

14  aid the just and expeditious disposition of this matter.

15          Pursuant to Fed. R. Civ. P. 16(b), THE COURT SUMMARIZES THE

16  SCHEDULING ORDER AS FOLLOWS:

17          1.  Initial disclosures shall be made no later than March 6, 2013.

18          2.  Expert disclosures shall be made no later than June 3, 2013.

19          3.  Non-expert discovery shall be completed by June 12, 2013.

20          4.  Expert discovery shall be completed by July 17, 2013.

21          5.  All pretrial motions, except motions to compel discovery, shall be completed

22  by September 18, 2013.

23          6.  Pretrial conference is set for November 8, 2013 at 11:00 a.m. in  courtroom no.

24  6 before the Honorable John A. Mendez.

25          7.  This matter is set for jury trial on January 27, 2014 at 9:00 a.m. in courtroom

26  no. 6 before the Honorable John A. Mendez.

1        8.   A settlement conference is set before the undersigned on July 8, 2013 at 9:30

2  a.m. in courtroom no. 24.

3   Dated: February 7, 2013

4

5                            CAROLYN K. DELANEY
                                UNITED STATES MAGISTRATE JUDGE

6

7

8  4/tobia2177.oas

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26