# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD TOBIA, <br><br> Plaintiff, <br><br> vs. <br><br> BRAR, RAJ SINGH dba 7-ELEVEN STORE and DOES 1-20, <br><br> Defendants. | Case No. 2:12-CV-02177-JAM-CKD <br><br> **ORDER FOR DISMISSAL** |

Complaint Filed: May 22, 2012
Trial Date: January 27, 2014

Upon consideration of the Joint Stipulation Regarding Dismissal submitted by Plaintiff Leonard Tobia and Defendant Raj Singh Brar erroneously sued as Brar, Raj Singh dba 7-Eleven Store,

IT IS HEREBY ORDERED that the action and all claims against Defendant Raj Singh Brar dba 7-Eleven Store are dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: 3/13/13

/s/ John A. Mendez_____
Honorable John A. Mendez
United States District Court Judge